```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

              MAY 19 2022

          CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00400-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| Juan F. Marquez-Cortez | |
| Defendant. | |

IT IS HEREBY ORDERED that the Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) shall provide to counsel for the above-named defendant a complete copy of every document and any other items contained in the defendant's Alien ("A") file within seven (7) days of the date of this Order unless the Government files a formal objection or other appropriate motion within six (6) days of this Order. The defendant's "A" number is _____.

IT IS FURTHER ORDERED that the U.S. Attorney's Office shall serve this Order on the Officer in Charge, Department of Homeland Security and Immigration and Customs Enforcement (DHS/ICE), _____, Nevada.

DATED this ___19___ of ___May___, 2022.

_____
UNITED STATES MAGISTRATE JUDGE