JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JARED L. GRIMMER
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336/Fax: (702) 388-6418
jared.l.grimmer@usdoj.gov
*Attorneys for the United States*

```
             ___ FILED          ___ RECEIVED
             ___ ENTERED        ___ SERVED ON
                      COUNSEL/PARTIES OF RECORD

                   JUL 2 2 2022

                CLERK US DISTRICT COURT
                 DISTRICT OF NEVADA
             BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00121-JCM-BNW |
| Plaintiff, | *SEALED* |
| v. | **Motion to Unseal Case** |
| JUAN FRANCISCO MARQUEZ-CORTEZ, aka "Juan Francisco Marquezcortez, | |
| Defendant. | |

The United States of America, by and through its attorneys, Jason Frierson, United States Attorney, and Jared L. Grimmer, Assistant United States Attorney, moves for entry of the proposed Order unsealing the above-captioned case.

In support of its motion, the Government states:

1.  On or about May 16, 2022, a Complaint was filed with the Court, charging Mr. Marquez-Cortez with violation of 8 U.S.C. § 1326(a), Deported Alien Found Unlawfully in the United States. *See* ECF No. 1, 2:22-mj-00400-EJY.

2.  Mr. Marquez-Cortez made an initial appearance before the Court on or about May 19, 2022, and was ordered detained pending trial. *Id.* at ECF Nos. 4, 17. Mr. Marquez-Cortez remains detained by the U.S. Marshals Service.

1     3.   Mr. Marquez-Cortez has signed a plea agreement with the United States, and this

2 Court has set a change of plea hearing for July 22, 2022. This case was not sealed when it

3 was before the Magistrate Court, but when set before this Court, it was designated as

4 sealed.

5     4.   Therefore, the United States moves this Court to unseal the above-captioned case, in

6 that keeping it sealed is not necessary.

7     **DATED** this 29th day of June, 2022.

8                       JASON M. FRIERSON
                        United States Attorney

9

10                       */s/ Jared L. Grimmer*

11                       JARED L. GRIMMER
                       Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-cr-00121-JCM-BNW *SEALED* |
| Plaintiff, | **Order Unsealing Case** |
| v. | |
| JUAN FRANCISCO MARQUEZ-CORTEZ, aka "Juan Francisco Marquezcortez, | |
| Defendant. | |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Juan Francisco Marquez-Cortez,* is unsealed.

**DATED** this 22nd day of July, 2022.

By the Court:

Honorable James C. Mahan
United States District Judge

3